1  | Kevin T. Simon - SBN 180967
   | SIMON RESNIK HAYES LLP
2  | Attorneys at Law
   | 15233 Ventura Blvd., Suite 250
3  | Sherman Oaks, CA 91403
   | Phone (818) 783-6251
4  | Facsimile (818) 783-6253
   | Email: kevin@srhlawfirm.com
5  |
6  |
   | Attorney for Debtor/Movant,
7  | Jorge A. Romero
8  |
9  |              UNITED STATES BANKRUPTCY COURT
   |                CENTRAL DISTRICT OF CALIFORNIA
10 |

11 | In Re:                              )   CHAPTER    13
   |                                     )   CASE NO.    1:08-bk-19730-MT
12 |    JORGE A. ROMERO                  )
   |                                     )
13 |                                     )   MOTION OBJECTING TO CLAIM
   |              Debtor                 )   #6-1 OF U.S. BANK, NATIONAL
14 | ————————————————————————————        )   ASSOCIATION, ITS SUCCESSORS
   |                                     )   AND/OR ASSIGNS; REQUEST CLAIM
15 |                                     )   BE DISALLOWED; DECLARATION
   |    JORGE A. ROMERO                  )   OF KEVIN T. SIMON IN SUPPORT
16 |                                     )   THEREOF
   |              Movant                 )
17 | vs.                                 )
   |                                     )   Date:  May 28, 2013
18 | U.S.  BANK,  NATIONAL               )   Time:  12:00 p.m.
   | ASSOCIATION, its Successors and/or  )   Ctrm:  302
19 | Assigns                             )
   |                                     )
20 |              Respondent             )
   | ————————————————————————————        )
21 |
22 |
   |    TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY
23 | JUDGE, UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:
24 |    Jorge A. Romero (hereinafter "Debtor") hereby objects to the Claim of U.S. Bank, National
25 | Association, its Successors and/or Assigns (hereinafter "Respondent") filed in the within case as
26 | follows:
27 | ///
28 | ///

## I.    STATEMENT OF FACTS

The Debtor filed the instant case on December 2, 2008.  The Debtor owns real property located at 7235 Zelzah Avenue, Reseda, CA 91335 (hereinafter "Property").  On or about April 8, 2009, Wilshire Credit Corporation (hereinafter "Wilshire"), servicer for Respondent, filed a Proof of Claim #6-1 (hereinafter "Claim"), in the amount of $103,952.78, with regard to the Property. (Attached to the Declaration of Kevin T. Simon as Exhibit "A" is a true and correct copy of Proof of Claim #6-1 filed by Wilshire on behalf of Respondent.).

During the pendency of the instant case, the Debtor filed a Motion to Extinguish Lien of Wilshire, which was granted and an Order was entered on or about June 19, 2009, deeming Wilshire's Claim unsecured. (Attached to the Declaration of Kevin T. Simon as Exhibit "B" is a true and correct copy of the entered Order granting the Motion to Extinguish the Lien of Wilshire.)  Since the Debtor is a percentage plan, the amount owing to Wilshire through the Debtor's Chapter 13 Plan is $457.39.   (Attached to the Declaration of Kevin T. Simon as Exhibit "C" is a true and correct copy of the Chapter 13 Trustee's payee claims listing.).

On or about 2010, Wilshire went under and was subsequently acquired by International Business Machines (hereinafter "IBM").   Since an amended Claim was never filed by Wilshire or IBM, the Chapter 13 Trustee has been unable to make payments to Respondent as the payments have been returned as "undeliverable." (Attached to the Declaration of Kevin T. Simon as Exhibit "D" is a true and correct copy of the Chapter 13 Trustee's letter to the Debtor regarding the undeliverable payments.).  The Debtor is currently eligible for a discharge and the only debt left owing is to Wilshire (See Exhibit "C").   Accordingly, the Debtor requests that Respondent's Claim be disallowed.

## II.    ARGUMENT

### A.    RESPONDENT CANNOT MEET ITS BURDEN OF PROOF TO PROVE ITS CLAIM BY A PREPONDERANCE OF THE EVIDENCE.

Upon objection to a proof of claim, once the moving party produces evidence and shows facts tending to defeat a claim, the ultimate burden of proof lies with the claimant to establish the validity of the claim based on a preponderance of the evidence. In re Polo Club Apartments Associates Ltd. Partnership, 150 B.R. 840 (1993), Bankr. Rule 3001(f). If the Debtor meets the burden of presenting

1   evidence to rebut the presumed primae facie validity of a creditor's claim, then the creditor must

2   present evidence to prove the claim and the ultimate burden of proof is therefore on the creditor to

3   prove the claim.  In re MacFarlane, 83 F.3d 1041-43 (9th Cir. 1996), citing In re Holm, 931 F.2d

4   620, 623 (9th Cir. 1991), and U.S. v. Sampsell, 224 F.2d 721, 722-23 (9th Cir. 1955).  Thus, since

5   the evidence presented herein rebuts the presumed validity of the Claim, Respondent bears the

6   ultimate burden of proof to show the validity of the Claim.

7

III.    CONCLUSION

8

    Therefore, based on the foregoing statutory and decisional authority, it is respectfully

9   requested that Respondent's Claim be disallowed.

10

11  DATED: April 22, 2013

12                                          Kevin T. Simon
                                            Attorney for Debtor
13                                          Jorge A. Romero

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF KEVIN T. SIMON IN SUPPORT OF OBJECTION TO CLAIM

I, Kevin T. Simon, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all the below statements.

1.    SIMON RESNIK HAYES LLP, represents the Debtor, Jorge A. Romero, in the instant bankruptcy, Case Number: 1:08-bk-19730-MT, which was filed on December 2, 2008.

2.    The Debtor owns real property located at 7235 Zelzah Avenue, Reseda, CA  91335.

3.    On or about April 8, 2009, Wilshire Credit Corporation, servicer for U.S. Bank, N.A., filed a Proof of Claim #6-1, in the amount of $103,952.78, with regard to the Property.  (Attached hereto as Exhibit "A" is a true and correct copy of Proof of Claim #6-1).

4.    During the pendency of the instant case, the Debtor filed a Motion to Extinguish Lien of Wilshire, which was granted and an Order was entered on or about June 19, 2009, deeming Wilshire's Claim unsecured.  (Attached hereto as Exhibit "B" is a true and correct copy of the entered Order granting the Motion to Extinguish the Lien of Wilshire.)

5.    Since the Debtor is a percentage plan, the amount owing to Wilshire through the Debtor's Chapter 13 Plan is $457.39.  (Attached hereto as Exhibit "C" is a true and correct copy of the Chapter 13 Trustee's payee claims listing.).

6.    On or about 2010, Wilshire went under and was subsequently acquired by International Business Machines (hereinafter "IBM").  Since an amended Claim was never filed by Wilshire or IBM, the Chapter 13 Trustee has been unable to make payments to Respondent as the payments have been returned as "undeliverable."  (Attached hereto as Exhibit "D" is a true and correct copy of the Chapter 13 Trustee's letter to the Debtor regarding the undeliverable payments.).

7.    The Debtor is currently eligible for a discharge and the only debt left owing is to Wilshire. Accordingly, the Debtor requests that Respondent's Claim be disallowed.

8.    Moreover, print-outs from the FDIC and Secretary of State websites evidencing the service addresses for the lien holders and IBM's acquisition of Wilshire are attached hereto as Exhibit "E."

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration is executed April 22, 2013, at Sherman Oaks, California.

Kevin T. Simon

EXHIBIT "A"

| United States Bankruptcy Clerk | |
|---|---|
| CALIFORNIA - Central Dist. - San Fernando Div. | **PROOF OF CLAIM** |

| | |
|---|---|
| In Re (Name of Debtor)<br>Jorge A. Romero | Case Number 08-19730<br>Chapter 13 |

NOTE: This from should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (Person or entity to whom debtor owes money or property)<br>U.S. Bank National Association, as Successor Trustee to Bank of America, National Association, as successor by merger to LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2006-HE6 | ____ Check if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Name and Address Where Notices Should be Sent<br>Wilshire Credit Corporation as servicer for the above named creditor<br>PO Box 1650<br>Portland, OR 97207-1650 | ____ Check if you have never received any notices from the bankruptcy court in this case.<br><br>____ Check if address differs from the address on the envelope sent to you by the court. |
| Trustee Payment Address:<br>PO Box 8517; Portland, OR  97207<br>                    Telephone No. (503) 223-5600 | THIS SPACE IS FOR COURT USE ONLY |
| Account or Other Number By Which Creditor Identifies Debtor:<br><br>Last Four Digits of Loan Number: 8602 | Check here if this claim: ____ replaces     a previously filed claim, dated:<br>                            ____ amends |

1. BASIS FOR CLAIM:

____ Goods Sold
____ Services performed
_X_ Money loaned
____ Personal injury/wrongful death
____ Taxes
____ Other (Describe briefly)

____ Retiree benefits as defined in 11
____ Wages, salaries and compensations
        Your social security number:_____
        Unpaid compensation for services
        from _____ to _____
              (date)              (date)

2. DATE DEBT WAS INCURRED:

07/11/06

3. IF COURT JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

_X_ SECURED CLAIM $103,952.78(See Attached Exhibit A)
    Attach evidence of perfection of security interest
    Brief Description of Collateral:
    _X_ Real Estate ____ Motor Vehicle ____ Other (    )

    Amount of arrearage and other charges included in secured claim above,
    if any  3106.16(See Attached Exhibit A)

____ UNSECURED NONPRIORITY CLAIM $
    A claim is unsecured if there is no collateral or lien on property of the
    Debtor securing the claim or to the extent that the value of such property is less
    than the amount of the claim.

____ UNSECURED PRIORITY CLAIM $_____
    Specify the priority of the claim.
____ Wages, salaries, or commissions (up to $4,000), earned not more than 90
    days before filing of the bankruptcy petition or  cessation of the debtor's
    business, whichever is earlier – 11 U.S.C. § 507(a)(3)
____ Contributions to an employee benefit plan – U.S.C. § 507(a)(4)
____ Taxes or penalties of governmental units – U.S.C. § 507(a)(8)
____ Alimony, maintenance, or support owed to a spouse, former  spouse, or child
    – U.S.C. § 507(a)(7)
____ Up to $1800 of deposits toward purchase, lease, or rental of property or
    services for personal, family, or household use – 11 U.S.C. § 507(a)(6)
____ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)

| 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED: | $_____ | $103,952.78 | $_____ | $103,952.78 | |
|---|---|---|---|---|---|
| | (Unsecured) | (Secured) | (Priority) | (TOTAL) | |

THIS SPACE IS FOR COURT USE ONLY

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making This proof of claim.  In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests.  If the documents are not Available, explain. If the documents are voluminous, attach summary.

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br><br>April 8, 2009 | Sign and print name and title, if any, of the creditor or other person authorized to file this claim (attach a copy of power of attorney, if any)<br><br>/s/ Anita Frank<br>Legal Assistant for Wilshire Credit Corporation |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

**EXHIBIT A**
**TO PROOF OF CLAIM**
FILED BY Wilshire Credit Corporation as Servicer for U.S. Bank National Association, as Successor Trustee
to Bank of America, National Association, as successor by merger to LaSalle Bank, N.A. as Trustee for the
MLMI Trust Series 2006-HE6
DATED April 8, 2009

CASE NUMBER:      08-19730

DEBTOR (S):       Jorge A. Romero

LOAN NUMBER:      Last Four Digits of Loan Number: 8602

AS OF December 02, 2008, THE PRINCIPAL AMOUNT OWING ON THE ABOVE LOAN WAS $100,943.61;
INTEREST WAS DUE IN THE AMOUNT OF $2,898.33; PLUS OTHER CHARGES OF $110.84; less
suspense $0.00; FOR A TOTAL DUE IN THE AMOUNT OF $103,952.78.

POST PETITION INTEREST TO ACCRUE ON THE PRINCIPAL BALANCE OF $100,943.61 AT THE RATE
OF 11.35% PER ANNUM.

| ARREARAGES: | | |
|---|---|---|
| Installment payments: 10/1/2008 - 12/2/2008 | $ | 2995.32 |
| Late Charges: | $ | 99.84 |
| Escrow: | $ | |
| Property Preservation: | $ | 11.00 |
| BPO Fees: | $ | |
| Legal: | $ | |
| L/C Prior Svcr: | $ | |
| Other: | $ | |
| Interest on Escrow: | $ | |
| NSF Fees: | $ | |
| Speed pay Fees: | $ | |
| Less Funds in Suspense: | $ | |
| TOTAL ARREARAGE CLAIM: | $ | 3106.16 |

The above figures represent the delinquency at the time of filing and do not reflect payments received after
the dated of the filing of the bankruptcy.

Current payments are 998.44
P & I Payment: $998.44
Escrow: 0
HUD Forbearance: $0.00

Effective
Post-petition payments will be $998.44
P & I Payment: $998.44
Escrow: $0.00
HUD Forbearance: $0.00

*  POC totals are for purposes of reinstatement only and does not indicate the amount necessary for a
payoff.

*Adjustable Rate Mortgages have an adjustable rate and P&I may change every six months.

EXHIBIT "B"

Kevin T. Simon SBN-180967
Law Offices of Simon & Resnik, LLP
15233 Ventura Blvd., Suite 300
Sherman Oaks, CA 91403
Telephone (818) 783-6251
Facsimile (818) 783-6253

Attorney for Debtor and Movant

FILED & ENTERED

JUN 19 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams  DEPUTY CLERK

UNITED STATES BANRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

JORGE ROMERO
,
                            Debtor

JORGE ROMERO
,
                            Movant
v.

WILSHIRE CREDITCORPORATION

                            Respondent

CASE No.: SV08-19730-MT
CHAPTER 13

**ORDER ON MOTION TO
EXTINGUISH LIEN OF WILSHIRE
CREDIT CORPORATION**

DATE: 12:00:00 AM
TIME: 9:00:00 AM
CTRM: 302

A hearing was held at the above-referenced place and time on Debtor's Motion to
Extinguish Lien of WILSHIRE CREDIT CORPORATION. Appearances were made
as noted on the record.  Upon review of the moving papers and good cause
appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED
THAT:

1.    The Second Deed of Trust on the real property commonly known as: 7235
Zelzah Ave. Reseda, CA 91335  ("Subject Property"), shall be extinguished;

2.  The legal description of the Subject Property is: Lot 162 of tract no. 4789, in the county of Los Angeles, State of California, as per map recorded in book 90 pages 84-85. Inclusive of maps, in the office of the County Recorder of said County.

3.  The Subject Property is subject to two deeds:

    a.  Countrywide Home Loans holds a first deed of trust in the amount of $469420.72.

    b.  Wilshire Credit Corporation holds a second deed of trust in the approximate amount of $100943.61.

4.  The subject property is valued at no more than $407,000.00 based upon an appraisal by a certified licensed California real estate appraiser.

5.  The Debtor seeks to strip the junior lien.

6.  The Debtor's Motion to Extinguish the lien of Wilshire Credit Corporation is granted on receipt of a chapter 13 discharge. Before the discharge, no payments are to be made on the secured claim of the junior lienholder. Maintenance payments are not to be made. The claim of the junior lienholder is to be treated as an unsecured claim and to be paid through the plan *pro rata* with all other unsecured claims.

###

Maureen A. Tighe

DATED: June 19, 2009

_____
United States Bankruptcy Judge

| In re: | CHAPTER: 13 |
|---|---|
| Jorge Romero | |
| Debtor(s). | CASE NUMBER: SV08-19730-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15233 Ventura Blvd., Suite 300
Sherman Oaks, CA 91403

The foregoing document described: ___ORDER ON MOTION TO EXTINGUISH LIEN OF WILSHIRE CREDIT CORPORATION___
___will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___39972_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 39972 | Stefanie Guzman | /s/ Stefanie Guzman |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Debtor:**
Jorge Romero
7235 Zelzah Avenue
Reseda, CA 91335

**Chapter 13 Trustee:**
Elizabeth F. Rojas
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

**Wilshire Credit Corporation**
PO Box 8517
Portland, OR 97207-8517

**Agent for Service of Process for Wilshire Credit Corporation**
Corporation Service Company Which Will Do Business In California As
CSC - Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

| In re: | CHAPTER: 13 |
|---|---|
| Jorge Romero<br><br>Debtor(s). | CASE NUMBER: SV08-19730-MT |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____
    ORDER ON MOTION TO EXTINGUISH LIEN OF WILSHIRE CREDIT CORPORATION
_____ was entered on the date indicated as
"Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐    Service information continued on attached page

II. **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒    Service information continued on attached page

III. **TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof  of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

1

2

## SERVICE LIST FOR ENTERED ORDER

3

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| **Debtor's Counsel:**<br>Kevin T Simon<br>Simon & Resnik, LLP<br>15233 Ventura Blvd., Suite 300<br>Sherman Oaks, CA 91403<br><br>**Chapter 13 Trustee:**<br>Elizabeth F. Rojas<br>15060 Ventura Boulevard,<br>Suite 240<br>Sherman Oaks, CA 91403<br><br>**United States Trustee:**<br>United States Trustee<br>21051 Warner Center Lane.,#115<br>Woodland Hills, CA 91367 | **Debtor:**<br>Jorge Romero<br>7235 Zelzah Avenue<br>Reseda, CA 91335<br><br>**Wilshire Credit Corporation**<br>PO Box 8517<br>Portland, OR 97207-8517<br><br>**Agent for Service of Process for Wilshire Credit Corporation**<br>Corporation Service Company Which Will Do Business In California As<br>CSC - Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "C"



## PAYEES FOR THIS CASE - 08-19730

### Claims Summary

Printer Friendly

| | |
|---|---|
| Number of Claims | 31 |
| Total Amount Claimed | $148,751.52 |
| Total Amount Scheduled | $41,650.14 |
| Total Principal Paid | $10,964.94 |
| Total Principal Owed | $457.39 |
| Total Principal Due | $70.00 |
| Total Interest Paid | $0.00 |
| Total Interest Due | $0.00 |



Payee Disbursements Last 6 Months

### Claim Breakdown

| | Priority | Secured | Unsecured | Other |
|---|---|---|---|---|
| Claimed | $10,815.41 | $0.00 | $137,936.11 | |
| Scheduled | $12,064.25 | $0.00 | $29,585.89 | |
| Principal Paid | $10,815.41 | $0.00 | $149.53 | |
| Principal Owed | $0.00 | $0.00 | $457.39 | |
| Principal Due | $70.00 | $0.00 | $0.00 | |
| Interest Paid | $0.00 | $0.00 | $0.00 | |
| Interest Due | $0.00 | $0.00 | $0.00 | |
| Collateral | $0.00 | $812,145.00 | $0.00 | |
| Monthly Payment | $70.00 | $0.00 | $0.00 | |

Amount Claimed by Type

Unsecured (92.73%)

### Claims Listing

| Name | Clm# | Filed | Description | Type | Level | Monthly Payment | Principal Paid | Principal Owed | Claimed Amount | Sched Amount | Account N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 1 | ii | PRIORITY - TAXES | P | 16 | $70.00 | $2,951.16 | $0.00 | $2,951.16 | $4,200.00 | xxxxxxxx9 |
| Chase Home Finance LLC | 3 | ii | PRINCIPAL RESIDENCE | Q | 16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| LOS ANGELES COUNTY TREASURER | 6 | ii | PRINCIPAL RESIDENCE | Q | 16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | xxxxxxxx0 |
| Wachovia Dealer Services | 8 | | SECURED CLASS 3 | R | 16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | xxxxxxxx88 |
| American Express | 10 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| AMERICAN GENERAL FINANCE | 11 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| American General Finance | 12 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Beneficial/hfc | 13 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Capital 1 Bank | 14 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| City of Van Nuys | 15 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | |
| Collection Wizards | 16 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $2,041.89 | |
| Credit One Bank | 17 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Discover Financial | 18 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| DSNB Macy's | 19 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| DSNB Macy's | 20 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| GEMB / Mervyns | 21 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| JC Penney | 22 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | xxxxxxxx35 |
| JC Penney | 23 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | xxxxxxxx87 |
| La Curacao | 24 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | xxxxxxxx32 |
| Nicholas Pollack | 25 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $25,000.00 | $0.00 | xxxxxxxx30 |
| Washington Mutual / Providian | 26 | | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $44.00 | |
| Wachovia Dealer Services | 27 | ii | UNSECURED | U | 20 | $0.00 | $58.26 | $0.00 | $13,241.12 | $0.00 | xxxxxxxx16 |
| INTERNAL REVENUE SERVICE | 28 | ii | UNSECURED | U | 20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | xxxxxxxx9 |
| Wilshire Credit Corp | 29 | ii | UNSECURED | U | 20 | $0.00 | $457.39 | $457.39 | $103,952.78 | $0.00 | xxxxxxxx9 |
| American General Finance | 30 | ii | UNSECURED | U | 20 | $0.00 | $91.27 | $0.00 | $20,742.21 | $0.00 | |
| American General Finance | 2 | | SECURED OMITTED CREDITOR | S | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Countrywide Home Lending | 4 | | SECURED OMITTED CREDITOR | S | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HTS-CHC-Sedona | 5 | | SECURED OMITTED CREDITOR | S | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Wells Fargo Financial / Wachovia | 7 | | SECURED OMITTED CREDITOR | S | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Wilshire Credit Corp | 9 | | SECURED OMITTED CREDITOR | S | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | xxxxxxxx86 |

### Attorney Listing

| Name | Description | Fee in Plan | Fee Paid Outside | Fee Paid to Date | Initial Amount |
|---|---|---|---|---|---|
| SIMON RESNIK HAYES, LLP | ATTORNEY FEE | $7,864.25 | $500.00 | $7,864.25 | $0.00 |

### Clerk Fees (Filing Fees / Notice fees) Listing

No Clerk Names have been established for to this case.

EXHIBIT "D"

## Office of Elizabeth F. Rojas
### Chapter 13 Trustee

*15060 Ventura Boulevard, #240, Sherman Oaks, CA    91403*
*(818) 933-5700 office    (818) 933-5755 fax*

April 8, 2013

Jorge Romero
7235 Zelzah Avenue
Reseda, CA   91335

In Re:  Case #: SV08-19730-MT
        Wilshire Credit Corp.
        P.O. Box 8517
        Portland, OR   97207-8517
        Account #8602

Dear Mr. Romero:

The Chapter 13 Trustee is unable to make payments on your behalf to the creditor referenced above as the check was returned by the Post Office marked, "Undeliverable as Addressed". In order for us to resume payments and administer your case properly, please provide the current information (i.e. name, address, phone number and complete account number) for this creditor to the Trustee's office within fifteen days.

If the correct information for this creditor is not received before the case is closed, the funds allocated to pay this debt may be deemed "Unclaimed", and will be forwarded to the U.S. Bankruptcy Court.

Your prompt attention to this matter will be greatly appreciated.

Sincerely,

Ellen Latsch
Claims Administrator
*elatsch@ch13wla.com*

cc:    Simon Resnik Hayes, LLP
       15233 Ventura Boulevard, #300
       Sherman Oaks, CA   91403

EXHIBIT "E"

IBM

# IBM Closes Acquisition of Wilshire Credit Corporation Assets

- News release
- Related XML feeds

- Contact(s) information

ARMONK, N.Y. - 01 Mar 2010: IBM (NYSE: IBM) today announced that it has finalized its acquisition of the core operating assets of Wilshire Credit Corporation from Bank of America Corporation. (NYSE: BAC). The initial agreement to acquire Wilshire assets was announced on October 5, 2009.

The acquisition strengthens IBM's commitment to mortgage business process services that improve clients' flexibility, competitiveness, and ability to manage their businesses more effectively through dynamic market cycles. As part of the closing process, Bank of America will retain Wilshire's mortgage servicing rights and related assets.

For more information please see: www.ibm.com/services

## Contact(s) information

Bruce McConnel
IBM External Relations
804-327-4644
wmcconn@us.ibm.com

Related XML feeds

| Topics | XML feeds |
|---|---|
| Corporate<br>Financial news, company earnings, philanthropy, community service, human resources, sponsorship | Feed |
| Investors<br>News of interest to IBM investors | Feed |
| Software<br>Information Management, Lotus, Tivoli, Rational, WebSphere, Open standards, open source | Feed |

Build your own feed

New to RSS?

*common good*    *privacy*    *All people Liberty Speak without discrimin.*
*Conscience*

## California Secretary of State Debra Bow

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives |

### Business Entities (BE)

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, April 16, 2013. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.



| | |
|---|---|
| **Entity Name:** | WILSHIRE CREDIT CORPORATION |
| **Entity Number:** | C1461462 |
| **Date Filed:** | 05/11/1989 |
| **Status:** | MERGED OUT |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | PO BOX 8517 |
| **Entity City, State, Zip:** | PORTLAND OR 97207 |
| **Agent for Service of Process:** | STEVEN A LANDE |
| **Agent Address:** | 11355 W OLYMPIC BLVD #500 |
| **Agent City, State, Zip:** | LOS ANGELES CA 90064 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2013   California Secretary of State



California Secretary of State Debra Bow

| Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives |

**Business Entities (BE)**

Online Services
- E-File Statements of
  Information for
  Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information
(annual/biennial reports)

Filing Tips

Information Requests
(certificates, copies &
status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business
  Solicitations

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings.
Results reflect work processed through Tuesday, April 16, 2013. Please refer to
Processing Times for the received dates of filings currently being processed. The data
provided is not a complete or certified record of an entity.

| Entity Name: | INTERNATIONAL BUSINESS MACHINES CORPORATION |
|---|---|
| Entity Number: | C0159726 |
| Date Filed: | 09/05/1934 |
| Status: | ACTIVE |
| Jurisdiction: | NEW YORK |
| Entity Address: | NEW ORCHARD RD |
| Entity City, State, Zip: | ARMONK NY 10504 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is
  automatically revoked. Please refer to California Corporations Code section 2114 for
  information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to
  request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and
  Status Definitions.

**Modify Search     New Search     Printer Friendly     Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2013   California Secretary of State

California Secretary of State Debra Bow

| Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives |

## Business Entity Detail

Business Entities (BE)

Online Services
- E-File Statements of Information for Corporations
- Business Search
- Processing Times
- Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Tuesday, April 16, 2013. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | U.S. BANCORP |
|---|---|
| Entity Number: | C2061885 |
| Date Filed: | 11/26/1997 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 800 NICOLLET MALL |
| Entity City, State, Zip: | MINNEAPOLIS MN 55402 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Modify Search    New Search    Printer Friendly    Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2013   California Secretary of State

In re:

JORGE A. ROMERO

Debtor(s).

CHAPTER: 13

CASE NUMBER: 1:08-bk-19730-MT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**15233 Ventura Boulevard, Suite 250, Sherman Oaks, CA  91403**

A true and correct copy of the foregoing document entitled **MOTION OBJECTING TO CLAIM  #6-1 OF U.S. BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS; REQUEST CLAIM BE DISALLOWED; DECLARATION OF KEVIN T. SIMON IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 22, 2013 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth F. Rojas                              cacb_ecf_sv@ch13wla.com
United States Trustee                          ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**  On April 22, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 22, 2013 | Maria Escobar | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER: 13 |
| --- | --- | --- |
| *JORGE A. ROMERO* | Debtor(s). | CASE NUMBER: 1:08-bk-19730-MT |

## CONTINUED SERVICE LIST

**Judge's Copy**
Honorable Maureen Tighe
United States Bankruptcy Court
21041 Burbank Boulevard
Courtroom 302
Woodland Hills, CA 91367

**Debtor**
Jorge A. Romero
7235 Zelzah Avenue
Reseda, CA 91335

**U.S. Bank, N.A. (Corporate HQ & Entity Address)(Certified Mail)**
c/o US Bancorp
Attn: Richard K. Davis, CEO
800 Nicollet Mall
Minneapolis, MN 55402

**Agent for Service of Process for U.S. Bank, N.A. (Certified Mail)**
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**U.S. Bank, N.A. c/o Wilshire Credit Corporation (Proof of Claim)(Certified Mail)**
Attn: Anita Frank, Legal Assistant
PO Box 1650
Portland, OR 97207-1650

**Wilshire Credit Corporation (Certified Mail)**
c/o IBM Corporation
Attn: Virginia M. Rometty, CEO
14523 S.W. Millikan Way, Suite 200
Beaverton, OR 97005

**IBM Corporation (Corporate Address)(Certified Mail)**
Attn: Virginia M. Rometty, CEO
1 New Orchard Road
Armonk, New York 10504-1722

**IBM Corporation (Entity & Corporate Address)(Certified Mail)**
Attn: Virginia M. Rometty, CEO
New Orchard Road
Armonk, New York 10504

**Agent for Service of Process for IBM Corporation (Certified Mail)**
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**US Bank (Corporate HQ & Entity Address)(Certified Mail)**
c/o US Bancorp
Attn: Richard K. Davis, CEO
800 Nicollet Mall
Minneapolis, MN 55402

**Agent for Service of Process for US Bank (Certified Mail)**
CT Corporation System
818 W. 7th Street
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                F 9013-3.1.PROOF.SERVICE