1    Kevin T. Simon - SBN 180967
2    **SIMON RESNIK HAYES LLP**
     15233 Ventura Blvd., Suite 250
3    Sherman Oaks, CA 91403
     Telephone: (818) 783-6251
4    Facsimile: (818) 783-6253

5

6    Attorney for Debtor
     Jorge Alberto Romero

7

FILED & ENTERED

JUN 11 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Harraway DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    JORGE ALBERTO ROMERO,<br><br><br>                Debtor(s).<br><br>JORGE ALBERTO ROMERO,<br><br><br>              Movant(s),<br><br>  vs.<br><br>U.S. BANK, NATIONAL<br>ASSOCIATION,<br>Its Successors and/or Assigns<br><br>           Respondent(s). | CHAPTER   13<br>CASE NO.:   1:08-bk-19730-MT<br><br>**ORDER ON MOTION OBJECTING TO CLAIM #6-1 OF U.S. BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS; REQUEST CLAIM BE DISALLOWED; DECLARATION OF KEVIN T. SIMON IN SUPPORT THEREOF**<br><br><br>DATE: May 28, 2013<br>TIME: 12:00 p.m.<br>CTRM: 302 |

     A hearing on Motion Objecting to Claim #6-1 of U.S. Bank, National Association, its Successors and/or Assigns was heard on May 28, 2013.  Appearances were made and noted on the record.  Upon review of the Motion Objecting to Claim #6-1 of U.S. Bank, National Association, its Successors and/or Assigns, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     The Motion Objecting to Claim #6-1 of U.S. Bank, National Association, its Successors and/or Assigns is sustained.

2.     The Claim #6-1 of U.S. Bank, National Association, its Successors and/or Assigns, in the amount of $103,952.78 is disallowed.

###

Date: June 11, 2013

Maureen A. Tighe
United States Bankruptcy Judge

| | |
|---|---|
| In re:<br>　　JORGE A. ROMERO,<br><div align="right">Debtor(s).</div> | CHAPTER 13<br><br>CASE NUMBER: 1:08-bk-19730-MT |

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) <u>ORDER ON MOTION OBJECTING TO CLAIM  #6-1</u>
<u>OF U.S. BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS; REQUEST CLAIM BE</u>
<u>DISALLOWED; DECLARATION OF KEVIN T. SIMON IN SUPPORT THEREOF</u> was entered on the date indicated as
ⱯEnteredꞓ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ⱯNEFꞓ)** ʙ Pursuant to controlling General Order(s)
and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and
hyperlink to the judgment or order. As of  06/03/2013  , the following person(s) are currently on the Electronic Mail Notice
List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated
below.

| | |
|---|---|
| **Elizabeth (SV) Rojas** | cacb_ecf_sv@ch13wla.com |
| **United States Trustee (SV)** | ustpregion16.wh.ecf@usdoj.gov |
| **Kevin T. Simon** | kevin@srhlawfirm.com |

<div align="right">☐ Service information continued on attached page</div>

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by
United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated
below:

<div align="right">☒ Service information continued on attached page</div>

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which
bears an ⱯEnteredꞓ stamp, the party lodging the judgment or order will serve a complete copy bearing an ⱯEnteredꞓ
stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the
following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es)
indicated below:

<div align="right">☐ Service information continued on attached page</div>

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re:<br>    JORGE A. ROMERO,<br><br>                                              Debtor(s). | CHAPTER 13<br><br>CASE NUMBER: 1:08-bk-19730-MT |

## SERVICE LIST FOR ENTERED ORDER:
**Debtor**
Jorge A. Romero
7235 Zelzah Avenue
Reseda, CA 91335

**U.S. Bank, N.A. (Corporate HQ & Entity Address)**
c/o US Bancorp
Attn: Richard K. Davis, CEO
800 Nicollet Mall
Minneapolis, MN 55402

**Agent for Service of Process for U.S. Bank, N.A.**
CT Corporation System
818 West Seventh Street
Los Angeles, CA  90017

**U.S. Bank, N.A. c/o Wilshire Credit Corporation (Proof of Claim)**
Attn: Anita Frank, Legal Assistant
PO Box 1650
Portland, OR 97207-1650

**Wilshire Credit Corporation**
c/o IBM Corporation
Attn: Virginia M. Rometty, CEO
14523 S.W. Millikan Way, Suite 200
Beaverton, OR 97005

**IBM Corporation (Corporate Address)**
Attn: Virginia M. Rometty, CEO
1 New Orchard Road
Armonk, New York 10504-1722

**IBM Corporation (Entity & Corporate Address)**
Attn: Virginia M. Rometty, CEO
New Orchard Road
Armonk, New York 10504

**Agent for Service of Process for IBM Corporation**
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**US Bank (Corporate HQ & Entity Address)**
c/o US Bancorp
Attn: Richard K. Davis, CEO
800 Nicollet Mall
Minneapolis, MN 55402

**Agent for Service of Process for US Bank**
CT Corporation System
818 W. 7th Street

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

| In re:<br>     JORGE A. ROMERO,<br><br>                                    Debtor(s). | CHAPTER 13<br><br>CASE NUMBER: 1:08-bk-19730-MT |

Los Angeles, CA  90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**